# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Potter and Julie Potter <u>Debtor(s)</u> | BKY. NO. 13-06556 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9352

                                               Respectfully submitted,

                                               <u>**/s/ Thomas Puleo**</u>
                                               Thomas Puleo, Esquire
                                             James C. Warmbrodt, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406
                                             Attorney for Movant/Applicant