Certificate Number: 15111-PAM-DE-028819596

Bankruptcy Case Number: 13-06556



15111-PAM-DE-028819596

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2017, at 7:20 o'clock PM EST, John George Potter completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  February 26, 2017     By:  /s/Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education