

15111-PAM-DE-028819597

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 26, 2017</u>, at <u>7:20</u> o'clock <u>PM EST</u>, <u>Julie Susan Potter</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 26, 2017</u>       By:     <u>/s/Ryan McDonough</u>

                               Name:  <u>Ryan McDonough</u>

                               Title:   <u>Executive Director of Education</u>