```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                  Case No. 13-06556-JJT
John Potter                                                             Chapter 13
Julie Potter
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: AGarner                 Page 1 of 2            Date Rcvd: Mar 03, 2017
                             Form ID: 3180W                Total Noticed: 45
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
```
db/jdb         +John Potter,    Julie Potter,    120 McMichael Drive,    Stroudsburg, PA 18360-7404
4426675         AmeriGas Propane LP,    PO Box 371473,    Pittsburgh, PA 15250-7473
4426676         Apothaker & Associates,    520 Fellowship Road,    Mount Laurel, NJ 08054-3410
4426678        +CCEC,    1101 South Cedar Crest Blvd,    Allentown, PA 18103-7902
4426681        +Capital One,N.A,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas,TX 75374-0933
4426683        +Chase Manhattan,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
4426687        +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
4426689        +FBCS, Inc.,    2200 Byberry Road, Suite 120,    Hatboro, PA 19040-3739
4426690        +Four Seasons Investments, LLC,    PO Box 213,    Wynnewood, PA 19096-0213
4426691         Four Seasons Investments, LLC,    c/o Shapiro Law Office, P.C.,    712 Darby Road,    PO Box 20,
                 Havertown, PA 19083-0210
4426693        +JC Christensen & Assoc. Inc.,    PO Box 519,    Sauk Rapids, MN 56379-0519
4426695        +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
4469749        +KNBT a Division of National Penn Bank,    National Penn Bank,    236 Brodhead Road,
                 Bethlehem, PA 18017-8937
4426696         Keystone Nazareth Bank & Trust,    PO Box 25012,    Lehigh Valley, PA 18002-5012
4426702        +National City Card,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
4426703       #+National Penn Bank,    Leonard Casciole, III,    236 Brodhead Road,    Bethlehem, PA 18017-8937
4426704        +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
4426705        +PNC Vehicle Leasing,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
4426706         Progressive Financial Svcs,    PO Box 22083,    Tempe, AZ 85285-2083
4426708        +Transworld Systems,    980 Harvest Drive, #202,    Blue Bell, PA 19422-1955
4426711         WORLD OMNI FINANCIAL CORP,    PO BOX 991817,    MOBILE, AL 36691-8817
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4426672        +EDI: AFNIRECOVERY.COM Mar 03 2017 18:58:00      Afni, Inc.,    Attn: Bankruptcy,    404 Brock Dr,
                 Bloomington, IL 61701-2654
4426673        +EDI: AFNIRECOVERY.COM Mar 03 2017 18:58:00      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
4426674        +EDI: GMACFS.COM Mar 03 2017 18:58:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
4426677        +EDI: BANKAMER.COM Mar 03 2017 18:58:00      Bank of America,    Attn: Bankruptcy NC4-105-03-14,
                 PO Box 26012,    Greensboro, NC 27420-6012
4426684         EDI: CITICORP.COM Mar 03 2017 18:58:00      Citibank NA,    Attn: Centralized Bankruptcy,
                 PO Box 20507,    Kansas City, MO 64195
4426679        +EDI: OPHSUBSID.COM Mar 03 2017 18:58:00      Candica, L.L.C.,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4426680         E-mail/Text: cms-bk@cms-collect.com Mar 03 2017 18:58:29      Capital Management Services,
                 726 Exchange St., Suite 700,    Buffalo, NY 14210-1464
4426682         EDI: CAUT.COM Mar 03 2017 18:58:00      Chase Auto Finance,    National Recovery Group,
                 PO Box 29505,    Phoenix, AZ 85038-9505
4479135        +EDI: CITICORP.COM Mar 03 2017 18:58:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
4447407        +EDI: JEFFERSONCAP.COM Mar 03 2017 18:58:00      Collecto Us Asset Managemnt, Inc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
4426686        +EDI: CCS.COM Mar 03 2017 18:58:00      Credit Collection Services,    Two Wells Avenue,
                 Newton, MA 02459-3246
4426688         EDI: RECOVERYCORP.COM Mar 03 2017 18:58:00      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
4426692         EDI: IRS.COM Mar 03 2017 18:58:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
4426694        +EDI: CAUT.COM Mar 03 2017 18:58:00      JPMORGAN CHASE BANK, N.A.,    AZ1-1191,
                 201 N CENTRAL AVE,    PHOENIX AZ 85004-0073
4426697        +EDI: CBSKOHLS.COM Mar 03 2017 18:58:00      Kohls/Chase,    PO Box 3115,
                 Milwaukee, WI 53201-3115
4426698        +EDI: RESURGENT.COM Mar 03 2017 18:58:00      LVNV Funding LLC,    PO Box 740281,
                 Houston, TX 77274-0281
4426699        +EDI: MID8.COM Mar 03 2017 18:58:00      Midland Credit Management,    PO Box 939019,
                 San Diego, CA 92193-9019
4426700        +EDI: MID8.COM Mar 03 2017 18:58:00      Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
4426701        +E-mail/Text: egssupportservices@egscorp.com Mar 03 2017 18:58:40      NCO Financial,
                 507 Prudential Road,    Horsham, PA 19044-2308
4483592         EDI: PRA.COM Mar 03 2017 18:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4426707        +EDI: SEARS.COM Mar 03 2017 18:58:00      Sears/CBNA,    8725 W. Sahara Ave,
                 The Lakes, NV 89163-0001
4426709        +E-mail/Text: ebn@unique-mgmt.com Mar 03 2017 18:58:42      Unique National Collections,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
4426710        +E-mail/Text: BKRMailOps@weltman.com Mar 03 2017 18:58:38      WELTMAN, WEINBERG & REIS CO., LPP,
                 Attn.: Michael J. Dougherty, Esq.,    325 Chestnut Street, Suite 501,
                 Philadelphia, PA 19106-2605
```

```
District/off: 0314-5           User: AGarner              Page 2 of 2              Date Rcvd: Mar 03, 2017
                               Form ID: 3180W             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4435130        +E-mail/Text: BKRMailOps@weltman.com Mar 03 2017 18:58:38
                 World Omni Financial Corp., Its Successors and Ass,   c/o Weltman, Weinberg & Reis,
                 323 W. Lakeside Avenue, Ste 200,   Cleveland, OH 44113-1009
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4426685*       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Citibank, N.A.,    PO Box 20141,   Kansas City, MO 64195)
4429212*       +Four Seasons Investments, LLC,   P.O. Box 213,   Wynnewood, PA 19096-0213
4426671        ##+Accounts Receivable Technologies,   371 Hoes Lane, Suite 300 B,   Piscataway, NJ 08854-4143
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven R Savoia    on behalf of Debtor John   Potter ssavoia@ptd.net
              Steven R Savoia    on behalf of Joint Debtor Julie   Potter ssavoia@ptd.net
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John Potter** | Social Security number or ITIN xxx–xx–7991 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Julie Potter** | Social Security number or ITIN xxx–xx–4180 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Pennsylvania** | | |
| Case number: **5:13–bk–06556–JJT** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Potter
aka John G Potter, aka John George Potter

Julie Potter
aka Julie S Potter, aka Julie Susan Potter

**By the court:**

March 3, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                **Chapter 13 Discharge**                page 1

Case 5:13-bk-06556-JJT    Doc 56    Filed 03/05/17    Entered 03/06/17 00:46:42    Desc
Imaged Certificate of Notice    Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**