IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 13 |
| JOHN POTTER | : | |
| JULIE POTTER | : | |
| | : | |
| | : | BANKRUPTCY NO: 5:13-06556-JJT |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

 1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

 2. The address to which all such notices should be sent and substituted for that of the creditor:

> **Kohl's**
> **c/o Becket & Lee LLP**
> **PO Box 3001**
> **Malvern, PA 19355-0701**

 3. Debtor may have scheduled account as: Kohl's.

By: /s/ Lynn Brown

Lynn Brown, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Date: 03/07/2017